AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00351 |
| Michael Fitzgerald | ) | Assigned To : Meriweather, Robin M. |
|  | ) | Assign. Date : 4/2/2021 |
|  | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Michael Fitzgerald _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 04/02/2021

2021.04.02 14:39:59 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/2/2021 , and the person was arrested on *(date)* 4/7/2021
at *(city and state)* Madison, Wisconsin .                                  Self-Surrender

Date: 4/7/2021

*Arresting officer's signature*

Paul Mueller, Special Agent
*Printed name and title*