UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>v.  )   Criminal No. 21-0326 (PLF)<br>  )<br>MICHAEL FITZGERALD,  )<br>  )<br>Defendant.  )  | |

## ORDER

On April 21, 2021, Magistrate Judge Michael Harvey ordered the defendant Michael Fitzgerald released on personal recognizance, subject to conditions. Order Setting Conditions of Release [Dkt. No. 9]. On July 7, 2021, Mr. Fitzgerald appeared before the undersigned for a status conference via Zoom videoconference. At that status conference, Mr. Fitzgerald orally moved for modification of his release conditions, requesting that he no longer be subject to location monitoring. Counsel for the United States did not oppose the request. In light of the representations of counsel for Mr. Fitzagerald and counsel for the United States at the July 7, 2021 conference, it is hereby

ORDERED that subpart (7)(q) of the Order Setting Conditions of Release [Dkt. No. 9] is VACATED and Mr. Fitzgerald is no longer required to submit to location monitoring; and it is

FURTHER ORDERED that all other release conditions shall remain in place.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 7, 2021