UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-326 (PLF) |
| MICHAEL FITZGERALD, : | |
| : | |
| Defendant. : | |

## JOINT STATUS UPDATE

On March 14, 2023, the Government and defense were instructed to provide the Court with a status update detailing the parties' efforts to reach a pre-trial resolution in this matter, in light of the defendant's serious illness. The parties have not reached a resolution in this case. The parties therefore request that the Court schedule another status conference in approximately 90 days, at which point the defendant's condition will be reassessed.

It is the Government's understanding that the defendant remains unable to travel to Washington, D.C. due to illness, and therefore the time until the next conference will be tolled pursuant to 18 U.S.C. 3161(h)(4).

                                          Respectfully Submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052

                                          BY:   /s/   Kelly E. Moran

                                          KELLY E. MORAN

                                          NY Bar No. 57764171
                                          Assistant United States Attorney
                                          U.S. Department of Justice
                                          601 D Street NW
                                          Washington, DC 20530
                                          (202) 252-2407
                                          Kelly.Moran@usdoj.gov


                                          BY: /s/ Mary H. Judge
                                          FEDERAL DEFENDER PROGRAM

55 E. Monroe St. Suite 2800
Suite 2800
Chicago, IL 60603
312-621-8300
Fax: 312-621-8399
Email: mary_judge@fd.org