**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-CR-00326 (PLF)** |
| **MICHAEL FITZGERALD,** | |
| **Defendant.** | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to the Court, as ordered by this Court on March 29, 2024, July 7, 2024, and August 1, 2024.

In light of the Supreme Court's decision in United States v. Fischer, 603 US _ (2024), the Government intends to dismiss Count Two of the Superseding Indictment filed on December 1, 2021 (ECF. No. 32). The Government will file a separate Motion to Dismiss Count Two, Obstruction of an Official Proceeding and Aiding and Abetting (18 U.S.C. § 1512(c)(2) and (2)), shortly. The defendant will remain charged with Counts One, Three, Four, Five, and Six of the Indictment.

Undersigned counsel will be leaving the United States Attorney's Office later this month; accordingly, alternate Government counsel will file their notice of appearance shortly.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY


By:     */s/ Kelly E. Moran*
KELLY E. MORAN
Assistant United States Attorney

NY Bar No. 5776471
U.S. Attorney's Office for the District of
Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov