UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.:  21-CR- 326-PLF |
| v. ) | |
| ) | |
| MICHAEL FITZGERALD ) | |

DEFENDANT'S STATUS REPORT

    This report is filed to inform the Court of Mr. Fitzgerald's current health. On September 25, 2024, his treating oncologist, Dr. Jeremy Kratz, William S. Middleton Memorial Veterans Hospital, Madison, WI, wrote a letter on Mr. Fitzgerald's behalf, which describes his current treatment and prognosis. (See attached at Exh. A).

    The letter explains that Mr. Fitzgerald was diagnosed with rectosigmoid colon cancer in December of 2021, after finding a large rectal mass confirmed to be moderately differentiated adenocarcinoma. He was found to have metastatic cancer including multifocal disease in his liver.  According to Dr. Kratz, his treatment course included multiple lines of systemic chemotherapy, locoregional management with multi-disciplinary input from colorectal surgery, interventional radiology and medical oncology.

    As discussed in the letter, colorectal cancer has been shown to increase the risk of blood clots, recommending against air travel. His cancer has an estimated prognosis from this date in overall survival of 12-24 months based on his current line of therapy and molecular features specific to his cancer type. The doctor further opines, that it is anticipated that he will remain on chemotherapy and radiation for the remainder of his life.

    According to Dr. Kratz, in an earlier letter dated September 11, 2025, the next stage would be to begin trials, if his body no longer responds to the chemotherapy treatments

available. Because those are costly and not fully covered by insurance, Dr. Kratz is seeking additional benefits under the PACT Act. Mr. Fitzgerald's service history in the Marines includes time in Kuwait (1998) and Korea (1998) which should qualify for coverage under the Act as a Gulf War Veteran. (See letter attached at Exh. B).

    Although this information was provided to the government in advance, the government did not agree to file as a joint status report and instead it is filed as defendants. The government's charging decisions remain unchanged.

DATED:   September 25, 2024

                                                   Respectfully submitted,

                                                   FEDERAL DEFENDER PROGRAM
                                                   John F. Murphy
                                                   Executive Director

                                      By:    */s/ Mary H. Judge*
                                                   Mary H. Judge

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois   60603
(312) 621-8336

# EXHIBIT A



# DEPARTMENT OF VETERANS AFFAIRS
William S. Middleton Memorial Veterans Hospital
2500 Overlook Terrace
Madison, WI 53705

Date: September 25th, 2024

Re: Clinical Status

To Whom It May Concern:

I am the treating oncologist for patient Michael Fitzgerald (DOB 08/11/78, Last 4: 1939) with a diagnosis of rectosigmoid colon cancer. Michael presented initially in December 2021 with a large rectal mass confirmed to be moderately differentiated adenocarcinoma. He was found to have metastatic cancer at his diagnosis including multifocal disease in his liver. His treatment course included multiple lines of systemic chemotherapy, locoregional management with multi-disciplinary input from colorectal surgery, interventional radiology and medical oncology.

I am concerned about his current clinical status. When active, colorectal cancer has been shown to increase the risk of blood clots for which air travel and prolonged immobility that are not recommended at this time. He is currently receiving FOLFIRI chemotherapy which is a combination of 5-fluorouracil and irinotecan. This regimen requires 46-hour continuous infusion of chemotherapy which is a risk for local infection during the time he is actively receiving chemotherapy. Additionally, this regimen requires frequent visits for safety evaluation, additional IV fluid support given chemotherapy-induced diarrhea, and electrolyte replacement. His cancer has an estimated prognosis from this date (September 25th, 2024) in overall survival of 12-24 months based on his current line of therapy and molecular features specific to his cancer type. It is anticipated that he will remain on chemotherapy and radiation for the remainder of his life based on his goals of pursuing life prolonging therapy.

Thank you for your consideration in this matter,

*Jeremy Kratz*

Dr. Jeremy Kratz
William S. Middleton Memorial VA Hospital
Subject Matter Expert, Gastrointestinal Cancer
Veteran Administration's National Precision Oncology Program

# EXHIBIT B



**DEPARTMENT OF VETERANS AFFAIRS**
William S. Middleton Memorial Veterans Hospital
2500 Overlook Terrace
Madison, WI 53705

Date September 11th, 2024

Re: Service Connected Gastrointestinal Cancer Diagnosis

To Whom It May Concern:

I am the treating provider for patient Michael Fitzgerald (DOB 08/11/78, Last 4: 1939) with a diagnosis of rectosigmoid colon cancer. Michael presented initially in December 2021 with a large rectal mass confirmed to be moderately differentiated adenocarcinoma. He was found to have metastatic cancer at his diagnosis including multifocal disease in his liver. His treatment course included multiple lines of systemic chemotherapy, locoregional management with multi-disciplinary input from colorectal surgery, interventional radiology and medical oncology. He remains with a serious medical illness requiring multiple clinic, laboratory, and imaging follow-up visits to date.

Michael's service history is reviewed including his service in the Marines in Kuwait (1998) and Korea (1998). According to the PACT Act this is qualifying service as a Gulf War era Veteran as it was
> "Performed active military service in any of the following countries during or after the Gulf War (Aug. 2, 1990): Bahrain, Iraq, Kuwait, Oman, Qatar, Saudi Arabia, Somalia or the United Arab Emirates."

The PACT Act, signed into law in 2022, expands VA healthcare and benefits for veterans exposed to burn pits and other toxic substances. Under the PACT Act, all gastrointestinal cancers are considered toxic exposure presumptive conditions. Additionally, Michael had a proceeding history of irritable bowel syndrome prior to his cancer diagnosis. The PACT Act is particularly relevant for veterans with gastrointestinal cancers. It is more likely than not, in my professional opinion, that Michael's cancer is service-related based upon the available evidence around his cancer diagnosis.

Thank you for your consideration in this matter,

*Jeremy Kratz*

Dr. Jeremy Kratz
William S. Middleton VA Hospital
Subject Matter Expert, Gastrointestinal Cancer, VA National Precision Oncology Program