UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-326 (PLF) |
| : | |
| **MICHAEL FITZGERALD,** : | |
| : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO DISMISS COUNT TWO
OF THE SUPERSEDING INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interests of justice, the United States of America, by and through undersigned counsel, respectfully moves for an order of this Court to dismiss Count Two of the Superseding Indictment, ECF No. 32, charging the defendant with Obstruction of an Official Proceeding in violation of 18 U.S.C. §§ 1512(c)(2) and 2. The defendant, through counsel, does not oppose this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  */s/ Hutton Marshall*
JOSEPH HUTTON MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov