UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0326 (PLF) |
| ) | |
| MICHAEL FITZGERALD, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated on the record at the status conference held on November 22, 2024, it is hereby

ORDERED that the government's Unopposed Motion to Dismiss Count Two of the Superseding Indictment [Dkt. No. 55] is GRANTED. Count Two of the Superseding Indictment of December 1, 2021 [Dkt. No. 32] is therefore DISMISSED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 12/5/24