UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0326 (PLF) |
| MICHAEL FITZGERALD, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a) [Dkt. No. 57], it is hereby

ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a) [Dkt. No. 57] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the case is hereby DISMISSED without prejudice; and it is

FURTHER ORDERED that all future deadlines and court appearances are VACATED.

The Clerk of Court is directed to terminate the case.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 22, 2025